AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br><br>QUINN ARTHUR MATTISON<br><br>*Defendant(s)* | )<br>)<br>) Case No. 3:22-MJ-210<br>)<br>)<br>) |

FILED
RICHARD W. NAGEL
CLERK OF COURT

7/1/2022

U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WEST. DIV. DAYTON

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __June 30, 2022__ in the county of __Montgomery__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(o) | Possession of a machinegun |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

*Complainant's signature*

Frederick D. Zollers, FBI Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence via ~~facetime.~~ telephone

Date: 07/01/2022

Caroline H. Gentry
United States Magistrate Judge

City and state: Dayton, Ohio

## AFFIDAVIT

I, Frederick D. Zollers, being duly sworn, does hereby depose and state as follows:

## INTRODUCTION

1. I am a sworn law enforcement officer in the State of Ohio for fifteen (15) years. I am presently a sworn member of the Montgomery County Sheriff's Office. I am currently assigned to the Federal Bureau of Investigation's (FBI) Southern Ohio Safe Streets Task Force (SOSSTF) as a Task Force Officer (TFO), I have received training in drug trafficking investigations and have participated in numerous narcotics-related investigations. I have also conducted numerous investigations related to the use and possession of firearms. Based on my training and experience, I am aware of federal firearm laws and know possession of a machinegun is a violation 18 U.S.C. § 922(o)-- Possession of a Machinegun.

## PURPOSE OF AFFIDAVIT

2. This Affidavit is submitted in support of a criminal complaint, and seeks the issuance of an arrest warrant against, Quinn Arthur Mattison (hereinafter "**MATTISON**") for violation of 18 U.S.C. § 922(o)-- Possession of a Machinegun.

3. As part of the investigation, I have, among other things, discussed information with, and/or reviewed documentation and reports provided by, other law enforcement officers. My knowledge of the facts and circumstances set forth in this Affidavit is thus based upon information I have received from other law enforcement officers involved in the investigation.

4. I have elected not to include in this Affidavit all the factual details gathered to date during the investigation, but rather I have included only certain information sufficient to establish probable cause to believe that **MATTISON** has committed a violation of 18 U.S.C. § 922(o)-- Possession of a Machinegun.

1

5. Unless otherwise noted, when I assert that a statement was made, I received the information from a law enforcement officer who provided the information to me, either verbally or in a written report. The officer providing me with the information may have received the information by way of personal knowledge or from another source.

## SUMMARY OF PROBABLE CAUSE

6. During the month of June of 2022, I received information from a Cooperating Source (hereinafter "CS") regarding the whereabouts of a male known as "Q" who was believed to be involved in a homicide that occurred in May of 2022 in the City of Dayton. I consider the CS to be credible and reliable, as he/she has previously provided information that has been independently corroborated and led to the arrest of fugitives, seizure of firearms, narcotics and successful prosecution of criminal defendants.

7. The information received from the aforementioned CS indicated "Q" was staying at a residence located at the dead end of Shasta Avenue, later confirmed to be 5240 Shasta Avenue, Trotwood, Ohio. Additional information indicated "Q" was in possession of the firearm that was possibly used in the May 2022 homicide. The firearm was described as a black handgun that had a switch and an extended magazine. Based on training and experience, I know the term "switch" refers to the handgun being equipped with an auto sear that is designed and intended for use in converting a semi-automatic weapon to operate in a fully automatic capacity.

8. In the following days after receiving the information, I confirmed investigators with the Dayton Police Department were investigating a homicide that occurred on May 29th, 2022 at 2152 North Gettysburg Avenue, Dayton, Ohio. A male identified as "RT" was shot multiple times and succumbed to his injuries. I spoke with Dayton Police Department Detective Sara Lipps and learned investigators received information identifying "Q" as the shooter. "Q" was identified as

2

MATTISON. At the time of the homicide investigation, **MATTISON** was a fugitive with active arrest warrants through Montgomery County (case number 2021CRA01017) for Carrying Concealed Weapons, Having Weapons While Under Disability and Improper Handling of a Firearm in a Motor Vehicle. The arrest warrants under case number 2021CRA01017, resulted from another shooting/homicide investigation conducted by investigators with the Dayton Police Department from December of 2020, where **MATTISON** was suspected of possessing a firearm and being involved in a shootout with "RT."

9. In the following days after speaking with Detective Lipps, task force members and I conducted surveillance at 5240 Shasta Avenue. On Thursday, June 30th, 2022, task force members and I conducted surveillance at 5240 Shasta Avenue and observed **MATTISON** and other individuals exit and enter the residence. After observing **MATTISON** re-enter the residence, task force members surrounded the residence due to him having active warrants for his arrest. **MATTISON** attempted to flee out the back door of the residence and he was apprehended by task force members. Additional individuals exited the residence after **MATTISON** was placed into custody. The individuals were detained and the residence was secured.

10. I contacted Detective Lipps and briefed her on **MATTISON's** arrest at 5240 Shasta Avenue. Pursuant to a state search warrant authorized by the Honorable Montgomery County Common Pleas Court Judge Kimberly Melnick on June 30th, 2022 at approximately 3:58 p.m., investigators with the Dayton Police Department conducted a search of 5240 Shasta Avenue. Investigators located and seized several items, including but not limited to, four firearms. Two of the firearms were located in the northeast bedroom. One of the firearms was an Anderson Manufacturing AM-15 rifle. The other firearm was a Glock model 23, .40 caliber handgun with serial number CZK325. The Glock handgun was loaded with one .40 caliber bullet in the chamber and twenty

six .40 caliber bullets in the high capacity extended magazine. The Glock handgun was equipped with what appeared to be a small auto sear (also known as a "switch") on the back of the slide. In my training and experience, I have learned that an auto sear is a part designed and intended for use in converting a semi-automatic weapon to operate in a fully automatic capacity. Investigators located two Ohio identification cards in **MATTISON's** name in the northeast bedroom where the rifle and Glock handgun were located. While on scene of 5240 Shasta Avenue, investigators spoke with a male who identified himself as a resident of 5240 Shasta Avenue. The male identified the northeast bedroom to be **MATTISON's** bedroom.

11. Dayton Police Department Detectives Sara Lipps and Angela Woody conducted a post Miranda interview with **MATTISON** at the Dayton Safety Building on June 30, 2022 following his arrest at 5240 Shasta Avenue. In summary, Detectives Lipps and Woody spoke with **MATTISON** regarding the December 2020 investigation resulting in warrants being issued for his arrest, the May 2022 homicide, and events leading up to his arrest. During the interview, **MATTISON** was asked what type of gun he normally carries. **MATTISON** said "a Glock." When asked what caliber, **MATTISON** said ".40 caliber." When asked if the Glock .40 caliber handgun located inside of 5240 Shasta Avenue was his gun, **MATTISON** didn't answer. **MATTISON** asked if a gun was found in the house and when advised some guns were found in the house, **MATTISON** said "Like I said, I carry a .40 caliber." **MATTISON** said he has lived at 5240 Shasta Avenue since 2019.

12. On Friday, July 1, 2022, I test-fired the Glock model 23, .40 caliber handgun with serial number CZK325. The Glock handgun fired in an automatic manner. One trigger pull shot at least five rounds. Based on my training and experience, the Glock model 23, .40 caliber handgun fired consistent with an automatic firearm. As such, the firearm shot "***automatically more than one

shot, without manual reloading, by a single function of the trigger." 18 U.S.C. § 921(a)(23) and 26 U.S.C. § 5845(b).

13. Based on the facts set forth in the Affidavit, there is probable cause to believe that, on or about June 30, 2022, in the Southern District of Ohio, **MATTISON** committed a violation of 18 U.S.C. § 922(o)-- Possession of a Machinegun.

Further your Affiant sayeth naught.

_Frederick D. Zollers_
Frederick D. Zollers, Task Force Officer
Federal Bureau of Investigation
Southern Ohio Safe Streets Task Force

Subscribed and sworn to before me this __1st__ day of July, 2022.

Caroline H. Gentry
United States Magistrate Judge

5